People v Williams (2025 NY Slip Op 01503)

People v Williams

2025 NY Slip Op 01503

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

199 KA 21-01024

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
LEROY WILLIAMS, DEFENDANT-APPELLANT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (CLEA WEISS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (LISA GRAY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Charles A. Schiano, Jr., J.), rendered June 28, 2021. The appeal was held by this Court by order entered June 14, 2024, decision was reserved and the matter was remitted to Supreme Court, Monroe County, for further proceedings (228 AD3d 1314 [4th Dept 2024]). The proceedings were held and completed. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at Supreme Court.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court